

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

*970 Broad Street, Suite 700*  *general number*: (973) 645-2700
*Newark, New Jersey 07102*  *telephone*: (973) 645-2835
  *fax*: (973) 297-2010
  *e-mail: kristin.vassallo@usdoj.gov*

October 27, 2015

**BY ECF**
The Honorable Renée M. Bumb
United States District Judge
Mitchell H. Cohen Building and United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

     Re: <u>Varley v. United States</u>, No. 14-CV-3832 (RMB)(AMD)

Dear Judge Bumb:

  I am the Assistant United States Attorney representing the Government in the above-referenced case, a personal injury action brought by plaintiff Daniel Varley against the United States. I write respectfully to inform the Court that the parties have reached an agreement to resolve this matter, and to enclose, for the Court's consideration, signed stipulations compromising and dismissing plaintiff's claims.

  We thank the Court for considering this matter.

             Respectfully submitted,

             PAUL J. FISHMAN
             United States Attorney


          By: /s/ Kristin L. Vassallo_____
            KRISTIN L. VASSALLO
            Assistant United States Attorney

Encls.

cc: Craig Levin, Esq.  (By ECF)